UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EMILY GARCIA**,  Case No. 3:15-cv-00352-KI

        Plaintiff,  JUDGMENT

  v.

**CAROLYN COLVIN, Acting Commissioner of Social Security**,

        Defendant.

    George J. Wall
    1336 E. Burnside St., Ste. 130
    Portland, OR 97214

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Heather Griffith
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

Based on the record, the decision of the Commissioner is reversed. The case is remanded for a finding of disability.

IT IS SO ORDERED.

DATED this  11th  day of February, 2016.

        /s/ Garr M. King
        Garr M. King
        United States District Judge