UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| EMILY GARCIA, Plaintiff, | ) |
| | ) CASE No.: 3:15-cv-00352-KI |
| v. | ) ORDER AWARDING ATTORNEY |
| | ) FEES PER 28 USC 406(b) |
| CAROLYN COLVIN, Commissioner, Social Security Administration | ) |
| Defendant. | ) |

It is hereby ORDERED that, pursuant to 42 U.S.C. § 406(b), an attorney fee in the amount of $6,031.88 is approved to Plaintiff.

IT IS SO ORDERED this 10th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date: June 8, 2016

_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Emily Garcia

Page 4 - PLAINTIFF'S PETITION FOR FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028